```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney          JS - 6
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       United States Courthouse
         312 North Spring Street, Suite 1400
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail:    Frank.Kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. SACV 08-248 JVS (MLGx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AGAINST THE INTERESTS OF MICHAEL CRABTREE, SUSAN CRABTREE, BERNARD A. DRISCOLL, AND ALL OTHER POTENTIAL CLAIMANTS |
| ONE 2006 ACURA TL, ONE 2007 ACURA MDX, AND ONE 2006 ACURA MDX, | ) | |
| Defendants. | ) | DATE: August 18, 2008<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 10C |

This action arose out of a Complaint for Forfeiture filed on March 6, 2008 against the defendants One 2006 Acura TL, One 2007 Acura MDX, and One 2006 Acura MDX, (hereafter, the "defendants"). The Complaint alleges that the defendants are subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (A)(1)(C).

This Court, having granted plaintiff's Motion for Entry of Judgment by Default, hereby ORDERS, ADJUDGES AND DECREES that:

1. Michael Crabtree, Susan Crabtree, Bernard A. Driscoll and all other potential claimants are deemed to have admitted the allegations of the Complaint to be true for purposes of this action;

2. All right, title and interest of Michael Crabtree, Susan Crabtree, Bernard A. Driscoll and all other potential claimants in the defendants is hereby condemned and forfeited to the United States.  The United States Marshals Service shall dispose of the defendants, (1) 2006 Acura TL, VIN 19UUA66226A003075; (2) 2007 Acura MDX, VIN 2HNYD28847H500806; and (3) 2006 Acura MDX, VIN 2HNYD18976H502227 in accordance with law;

3. There being no just reason for delay, the clerk is hereby directed to enter this judgment, which constitutes a final judgment resolving this action.  This Court retains jurisdiction over this matter to effectuate the terms of this Judgment.

SO ORDERED, this 14th day of August, 2008.

_____
THE HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


By:    /S/_____
    FRANK D. KORTUM
    Assistant United States Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

2